846

No. 798. ANDERSON *v.* PROVIDENT LIFE & ACCIDENT INSURANCE Co.; and

Nos. 799 and 800. COCA-COLA BOTTLING CO. *v.* PROVIDENT LIFE & ACCIDENT INSURANCE CO. C. C. A. 4th. Certiorari denied. *C. Granville Wyche* and *Alfred F. Burgess* for petitioners. *J. A. Chambliss* and *C. F. Haynsworth, Jr.* for respondent. Reported below: 166 F. 2d 492.

No. 801. HOUGLAND *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 6th. Certiorari denied. *Chas. I. Dawson, A. Shelby Winstead* and *Bernard H. Barnett* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, A. F. Prescott* and *S. Dee Hanson* for respondent.

No. 809. GENERAL TIME INSTRUMENTS CORP. *v.* UNITED STATES TIME CORP. C. C. A. 2d. Certiorari denied. *W. Brown Morton* for petitioner. *John Vaughan Groner* and *Robert B. Whittredge* for respondent.

No. 814. PITTSBURGH-DES MOINES STEEL CO. ET AL. *v.* MORAN, ADMINISTRATRIX. C. C. A. 3d. Certiorari denied. *Carl E. Glock* for petitioners. *Marvin C. Harrison* for respondent.

No. 815. GEM JEWELRY CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 5th. Certiorari denied. *Harry Dow* for petitioner.

No. 842. VANNECK ET AL., TRUSTEES, *v.* SECURITIES & EXCHANGE COMMISSION ET AL.; and

No. 843. CAPLAN ET AL. *v.* SECURITIES & EXCHANGE COMMISSION ET AL. C. C. A. 3d. Certiorari denied. *Percival E. Jackson, Terence J. McManus* and *Walter E.*